UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVON GROUP LTD.** | **CIVIL ACTION NO. 07-1976** |
| *Plaintiff/Counter Defendant* | |
| VS. | JUDGE HAIK |
| **SYD DYER, JR. M.D.** | **MAGISTRATE JUDGE METHVIN** |
| **NATIONAL COMMUNICATIONS, INC.** | |
| **NATIONAL COMMUNICATIONS, LLC** | |
| *Defendants/Counter Claimants* | |

### *JURISDICTIONAL AMOUNT REVIEW*

This diversity case was filed directly in federal court, under 28 U.S.C. §1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Plaintiff alleges that defendants have defaulted on a promissory note, and seeks damages in excess of $1,200,000.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on January 8, 2008.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)